## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:09-cv-02398-RPM

DAVID E.K. PANICO and
JANICE L. PANICO

       Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation

       Defendant.

_____

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE
## TO AMEND SCHEDULING ORDER

_____

Upon review of the Plaintiffs' Unopposed Motion for Leave to Amend the Scheduling Order [10], it is

ORDERED that Part 7(a) of the Scheduling Order be revised as follows: Deadline to Amend Pleading and Joinder of Parties – Feb. 16, 2010; and that Part 7(c)(1) of the Scheduling Order, regarding filing of dispositive motions, be amended as follows: Parties to file Reply Briefs in Support of Cross Motions for Summary Judgment – March 12, 2010.

SO ORDERED this 1st day of February, 2010.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge