**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:09-cv-2398-RPM

DAVID E.K. PANICO and JANICE L. PANICO

      Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation

      Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE**
**TO AMEND COMPLAINT**
_____

      Upon consideration of the "Unopposed Motion to Amend Complaint" [12], it is

      ORDERED that the motion is granted and the First Amended and Supplemental Complaint attached thereto is accepted for filing.

      DATED this 12th day of February, 2010.

                                BY THE COURT:

                                *s/Richard P. Matsch*
                                _____
                                Richard P. Matsch, Senior District Judge

519901-1