IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-002398-RPM

DAVID E. K. PANICO and
JANICE L. PANICO,

    Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

___

## ORDER STAYING DISCOVERY

Upon review of the Stipulated Motion to Modify Scheduling Order to Stay Discovery [20], it is

ORDERED that the motion is granted.

Dated: April 5th, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge