IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: April 22, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 09-cv-02398-RPM

| | |
|---|---|
| DAVID K. PANICO and<br>JANICE L. PANICO, | David H. McConaughy<br>Christopher D. Bryan |
|     Plaintiffs, | |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | Marc R. Levy<br>Scot C. Kreider |
|     Defendant. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**1:56 p.m.**     **Court in session.**

Plaintiffs present.

Court's preliminary remarks.

2:02 p.m.     Argument by Mr. Bryan.

**Court's findings as stated on record.**

**ORDERED:**     Plaintiffs' Motion for Determination of Law On Duty To Defend, filed January 11, 2010 [9], is denied.

**ORDERED:**     Defendant's Cross Motion for Summary Judgment On Duty To Defend, filed January 11, 2010 [8], is granted and the case is dismissed.

**2:21 p.m. Court in recess.**

Hearing concluded. Total time: 25 min.